UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CARGILL, INCORPORATED<br>*Plaintiff* | * <br> * | CIVIL ACTION NO.:   2:21-cv-01798 |
| | * | JUDGE:  IVAN L.R. LEMELLE |
| VERSUS | * <br> * | |
| M/V XING HE HAI, COSCO SHIPPING (USA) INC., OCEAN KONG SHIPPING, LTD., SHANGHAI OCEANFRATE SHIP MANAGEMENT CO LTD., FORTUNE OCEAN SHIPPING LTD., ULTRABULK A/S, MINSHENG ZHI XIN SHIPPING LEASING CO LTD., STX PAN OCEAN CO., LTD., and COMERGE SHIPPING (HONG KONG) CO.<br>*Defendants* | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | MAGISTRATE: MICHAEL NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR DISMISSAL WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Cargill, Incorporated, and upon suggesting to this Honorable Court that this matter has been resolved between the parties, and Plaintiff, Cargill, Incorporated, respectfully moves the Court for an Order dismissing the above-entitled and captioned matter, without prejudice.

Respectfully submitted,

_____
**VALERIE THENG MATHERNE (#25898)**
**JAMES M. MATHERNE (#26155)**
**COLIN F. LOZES (#35893)**
**STEVEN M. LOZES (#8922)**
**COURINGTON, KIEFER, SOMMERS,**
**MARULLO & MATHERNE, L.L.C.**
P. O. Box 2350
New Orleans, LA 70176

{00741474.DOCX;1}

        616 Girod Street
        New Orleans, LA 70130
        Telephone: (504) 524-5510
        Facsimile:  (504) 524-7887
        Email:  vmatherne@courington-law.com
                jmatherne@courington-law.com
                clozes@courington-law.com
                slozes@courington-law.com
***Attorneys for Plaintiff, Cargill, Incorporated***